STATE OF CONNECTICUT *v.* LLOYD SMITH, JR.

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 116 (AC 25486), is denied.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided February 13, 2007

STATE OF CONNECTICUT *v.* DAVID K. HERBERT

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 63 (AC 26157), is denied.

*April E. Brodeur*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided February 13, 2007

STAMFORD WRECKING COMPANY *v.* UNITED STONE AMERICA, INC., ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 99 Conn. App. 1 (AC 26572), is denied.

*Edward T. Lynch, Jr.*, in support of the petition.

*Neal L. Moskow*, in opposition.

Decided February 13, 2007